ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: March 25, 2015  
START: 11:00 a.m.  
END: 11:30 a.m.

DOCKET NO: 14-CV-7048 (JBW)  
CASE: Severe v. The City of New York et al.

- [x] **INITIAL CONFERENCE**
- [ ] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

**PLAINTIFF** — **ATTORNEY**: Amy Rameau

**DEFENDANT** — **ATTORNEY**: Jennifer Schuman (by phone — failed to appear)

- [x] **FACT** DISCOVERY TO BE COMPLETED BY September 25, 2015
- [x] NEXT (Settlement) CONFERENCE SCHEDULED FOR June 11, 2015 at 2:00 pm
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- [ ] PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

**RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

Automatic disclosures shall be exchanged today.

Pleadings may be amended and new parties added until April 27, 2015.